

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00084-CV

In the **MATTER OF D.J.R.R.** a/k/a D.R.R.

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-JUV-02025
The Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 24, 2013.

_____
Marialyn Barnard, Justice